IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 09-40069-16-GPM |
| CARLOS SCOTT JR., | ) |
| Defendant. | ) |

# ORDER

**MURPHY, District Judge:**

      Defendant **CARLOS SCOTT JR.** will/has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(2). Because it appears from the record that Defendant is in need of counsel and is financially unable to obtain counsel, **IT IS ORDERED** that Attorney Phillip J. Kavanaugh III and the Office of the Federal Public Defender for the Southern District of Illinois are **APPOINTED** to represent Defendant in reference to the pending motion. The Clerk of Court is **DIRECTED** to electronically file Administrative Order No. 137 in this case and to distribute copies in accordance therewith.

      **IT IS SO ORDERED.**

      DATED: December 22, 2011

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge